NATHAN B. SCHREIER, Appellant, *v.* MILTON V. SAUL-PAUGH et al., Respondents.

(Argued March 1, 1935; decided March 19, 1935.)

*Forrest S. Chilton* for appellant.

*John J. Connors, Jr., Warner M. Bouck* and *Sherwood B. Speed* for Milton V. Saulpaugh, respondent.

*John J. Connors, Jr., Warner M. Bouck* and *Edward L. Johnson* for Glens Falls Indemnity Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.